ACCEPTED
12-15-00029-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/8/2015 10:59:19 AM
CATHY LUSK
CLERK

NO 12-15-00029-CV

| | | |
|---|---|---|
| TONYA ALLEN DDS, P.A., | § | IN THE TWELFTH |
| | § | |
| Appellant, | § | |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| SMITH COUNTY APPRAISAL DISTRICT, | § | |
| | § | |
| Appellee | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/8/2015 10:59:19 AM
CATHY S. LUSK
Clerk

## APPELLANT'S MOTION FOR LEAVE TO FILE BRIEF

Appellant asks the Court for leave to file its brief.

### A. Introduction

1.    Appellant is Tonya Allen DDS, P.A.; Appellee is Smith County Appraisal District.

2.    No rule provides a deadline to file this motion for leave to file, although the brief has already been supplied to the Court. *See* Tex. R. App. P. 38.6(d).

3.    Appellee opposes the motion.

### B. Argument & Authorities

4.    The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief.

5.    Appellant's brief was due on June 29, 2015.

6.    Appellant's brief was delivered to the Court on July 2, 2015, and Appellant requests leave to file its brief, extending the time until July 13, 2015, in order to confirm the filing.

7.    No extensions have been granted to extend the time to file Appellant's brief.

8.    Appellant needs additional time to file its brief because logistical issues regarding other prior client matters have resulted in the inability to complete the brief in a timely manner. Finally, counsel for Appellant has had a family emergency which has precluded prior completion of the brief.

### C. Conclusion

9.    Appellant, both due to accident or mischance, as well as due to circumstances beyond its control, was been unable to meet the deadline for filing its brief, but delivered the brief to the Court three (3) days late, and is filing this motion in response.

### D. Prayer

10.  For these reasons, Appellant asks the Court to grant leave to file its brief until July 13, 2015 previously submitted to the Court.

Respectfully submitted,

THE EATON LAW FIRM, PLLC

By:_____
Michael W. Eaton
SBN 06383800
1701 W. Northwest Highway
Suite 100
Grapevine, Texas  76051
Telephone:  (817) 431-1111
Telecopier:  (817) 431-1180

**ATTORNEYS FOR DEFENDANT
TONYA ALLEN DDS, P.A.**

### CERTIFICATE OF CONFERENCE

I certify that this office has conferred with Sandra Griffin by electronic communication, and she opposes this Motion for Leave to File Brief.

_____
Michael W. Eaton

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Appellant's Motion for Leave to File Brief was served on counsel for Defendant/Appellee by fax transmission and by overnight delivery with delivery confirmation on July 8, 2015.

_____
Michael W. Eaton